325 U.S. 898
 65 S.Ct. 1562
 89 L.Ed. 2007
 ESTATE OF John S. GARRETT, Jr., deceased, Bankrupt, etc.
 No. 467.
 Supreme Court of the United States
 June 18, 1945
 
 Messrs. Vincent P. McDevitt, of Philadelphia, Pa., for petitioner.
 Messrs. Ernest Scott and Joseph S. Conwell, Jr., both of Philadelphia, Pa., W. Edward Greenwood, of West Chester, Pa., and David Rosen, of Philadelphia, Pa., for respondent.
 
 
 1
 The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied.